THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    DEBBIE ANN BAIRD,                           CASE NO. C11-1107-JCC

10                        Plaintiff,             ORDER REVERSING AND
                                                 REMANDING CASE FOR
11          v.                                   FURTHER ADMINISTRATIVE
                                                 PROCEEDINGS
12
13    MICHAEL J. ASTRUE, Commissioner of
      Social  Security,
14
                          Defendant.
15

16          This matter comes before the Court on the Report and Recommendation of the Honorable
17
      Brian A. Tsuchida, United States Magistrate Judge, to which there has been no timely objection.
18
      The Court, after careful consideration of the plaintiff's complaint, the parties' submissions, the
19
      Report and Recommendation, and the balance of the record, does hereby find and **ORDER**:
20
21          (1)      The Court **ADOPTS** the Report and Recommendation (Dkt. No. 23);

22          (2)      The Commissioner's decision is **REVERSED**, and the case is **REMANDED** to the

23                   Social Security Administration for further proceedings consistent with the Report

24                   and Recommendation; and

25
26

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 1

(3)     The Clerk of Court is directed to send copies of this Order to the parties and to

Judge Brian A. Tsuchida.

DATED this 20th day of April 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 2