THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBBIE ANN BAIRD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C11-1107-JCC

ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which there has been no timely objection. The Court, after careful consideration of the plaintiff's complaint, the parties' submissions, the Report and Recommendation, and the balance of the record, does hereby find and **ORDER**:

(1)      The Court **ADOPTS** the Report and Recommendation (Dkt. No. 23);

(2)      The Commissioner's decision is **REVERSED**, and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation; and

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 1

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 20th day of April 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 2